The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Christopher D. PRICE, Appellant,

v.

Susan M. PRICE, Respondent.

No. ED 90420.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 16, 2008.

Michael P. Cohan, St. Louis, MO, for appellant.

Danna McKitrick, St. Louis, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J.,
CLIFFORD H. AHRENS, J., and
SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Christopher Price ("Husband") appeals from the judgment of the trial court enforcing a consent judgment entered into between Susan Price ("Wife") and Husband on May 7, 2007 ("Consent Judgment"). Husband contends that the trial court misapplied the law and abused its discretion in its interpretation of the Consent Judgment, entered a judgment unsupported by the evidence, and also erred in granting Wife's motion for attorney's fees on appeal.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Cheryl PALUCZAK, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 89913.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 16, 2008.

Jo Ann Rotermund, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jamie P. Rasmussen, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J.
and CLIFFORD H. AHRENS and
SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Cheryl Paluczak ("Movant") appeals from the denial of her Rule 24.035 motion for post-conviction relief from her guilty pleas to two counts of trafficking in the first degree, Section 195.222, RSMo Cum. Supp.2007, and three counts of endangering the welfare of a child, Section 568.045, RSMo Cum.Supp.2007, after an evidentiary hearing. Movant contends the motion court erred in denying her Rule 24.035 motion because (1) there was no factual basis for her guilty pleas, and (2) her guilty pleas were coerced by plea counsel.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. The motion court's findings of fact and conclusions of law are not clearly erroneous. Rule 24.035(k). An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).